UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| MARGIE RUMFELT, | ) | Civil Action No. 5:20-cv-03305-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this third day of May 2022, it is hereby, ORDERED that Plaintiff, Margie Rumfelt, is awarded attorney fees in the amount of Four Thousand Ninety-Six Dollars and 84/100 Cents ($4,096.84) and expenses in the amount of Twenty-One Dollars and 15/100 Cents under 28 U.S.C. § 2412(a), (d) of the EAJA. This award will be paid directly to Plaintiff, Margie Rumfelt, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

s/ Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

May 3, 2022
Columbia, South Carolina